IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TOMMIE JARED LOWDER                                                    PLAINTIFF

v.                              Civil No. 06-5031

SHERIFF TIM HELDER;
DEPUTY FOSTER; DEPUTY
WHITMILL; DEPUTY BALL;
and DEPUTY GOODHEART                                                  DEFENDANTS

## ORDER

The plaintiff proceeds in this civil rights action in forma pauperis and pro se. On March

28, 2006, the plaintiff filed an addendum to his complaint (Doc. 12). In his addendum, *at

paragraph* 9, plaintiff indicated he intended to sue each of the defendants in their official and

individual capacities. **The clerk of court is directed to note on the docket sheet that each

defendant is being sued in both his individual capacity and in his official capacity.**

IT IS SO ORDERED this 11th day of May 2006.


                                              /s/ Beverly Stites Jones
                                              UNITED STATES MAGISTRATE JUDGE