IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOMMIE JARED LOWDER                                  PLAINTIFF

      v.                 Civil No. 06-5031

SHERIFF TIM HELDER;
DEPUTY FOSTER; DEPUTY
WHITMILL; DEPUTY BALL;
and DEPUTY GOODHEART                              DEFENDANTS

## ORDER

By order entered on March 30, 2006, the court directed service on the defendants. (Doc. 13). In the order directing service, the court indicated the United States Marshal Service could serve the defendants at the Washington County Detention Center/Washington County Sheriff's Office.

On May 16, 2006, an answer was filed on behalf of separate defendants Sheriff Tim Helder and Deputy Foster. (Doc. 22). On May 16, 2006, a motion to quash was filed on behalf of separate defendants Deputy Whitmill, Deputy Ball, and Deputy Goodheart. (Doc. 24). It was noted that Whitmill, Ball, and Goodheart were no longer employed with the Washington County Sheriff's Office. As such, they contend service was not proper on them at the Washington County Detention Center/Washington County Sheriff's Office.

The motion to quash service on separate defendants Whitmill, Ball, and Goodheart is granted. (Doc. 24). Defendants Sheriff Helder and Deputy Foster are directed to provide the court with the current address and phone number of Whitmill, Ball, and Goodheart. If defendants Sheriff Helder and Deputy Foster cannot provide the court with the current address of Whitmill, Ball, and Goodheart, the court should be provided with their last known addresses. The court should be provided with this information by **June 21, 2006.**

IT IS SO ORDERED this 2nd day of June 2006.

                                                         /s/ Beverly Stites Jones
                                                         UNITED STATES MAGISTRATE JUDGE