**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TOMMIE JARED LOWDER**                                                             **PLAINTIFF**

**v.**                                **Civil No. 06-5031**

**SHERIFF TIM HELDER,**
**DEPUTY FOSTER; DEPUTY**
**WHITMILL; DEPUTY BALL;**
**and DEPUTY GOODHEART**                                      **DEFENDANTS**

**O R D E R**

Now on this 7th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #26), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Motion for Preliminary Injunction (document #16) is hereby **denied**.

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**